UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN THE MATTER OF: )
DIANN TSIKOURIS ) CASE NO. 15-23471
 ) CHAPTER: 13
Debtors )
 )

## VERIFIED MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE

Comes now the debtor, Diann Tsikouris, and, pursuant to 28 U.S.C. § 1328(a), moves the court for the entry of a discharge in this Chapter 13 case. In support of this request, I state the following:

1. All of the payments required by the confirmed plan, whether made to the Chapter 13 trustee or made directly to creditors, have been completed.

2. I am not required to pay a domestic support obligation, as defined by 11 U.S.C. § 101(14A).

3. I did not receive a discharge in a case filed under Chapter 7, 11, or 12 of the United States Bankruptcy Code during the four years prior to the date of the order for relief under Chapter 13 in this case.

4. I did not receive a discharge in a case filed under Chapter 13 of the United States Bankruptcy Code during the two years prior to the date of the order for relief under Chapter 13 in this case.

5. After filing a Chapter 13 petition, Case No. 15-20208, which was severed to this case on November 5, 2015, I completed a course concerning personal financial management, and a copy of the certificate of completion of that course has been filed with the Court. (Docket #48 under Case No. 15-20208).

6. There is no proceeding pending in which I might be found guilty of a felony of the kind described in 11 U.S.C. § 522(q)(1)(A), or liable for a debt of the kind described in 11 U.S.C.§ 522(q)(1)(B), and there is no reason to believe that 11 U.S.C. § 522(q)(1) might apply to me.

Wherefore, I respectfully request that, following notice and the opportunity for a hearing, the court enter a discharge pursuant to 28 U.S.C. § 1328(a).

I certify under the penalty of perjury, that the foregoing statements are true and correct.

*[signature]*
**Diann Tsikouris, Debtor**

DATE: 1/21/20

Respectfully submitted,

*[signature]*
LORI D. FISHER, #17948-14
Attorney for Debtors
2621 Chicago St., Unit B
Valparaiso, IN 46383
Tele. (219) 769-0783
Email: ldf_law@att.net

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN THE MATTER OF:               )
DIANN TSIKOURIS                 )     CASE NO.   15-23471
                                )     CHAPTER:   13
           Debtors              )
                                )

**CERTIFICATE OF SERVICE**

I the undersigned hereby certify that on April 28, 2020 a true and complete copy of the Verified Motion for Entry of Chapter 13 Discharge was served upon the following parties in interest, by placing same in an envelope properly addressed with sufficient first class postage affixed thereto, or electronically at the email addresses listed below:

U. S. TRUSTEE, 555 ONE MICHIANA SQUARE, 100 EAST WAYNE ST., SOUTH BEND, IN 46601
Paul R. Chael ECF@pchael13.com, pchael.c13@ecf.epiqsystems.com;charlene@pchael13.com

/s/ LORI D. FISHER
LORI D. FISHER, ESQ.,
Attorney for Debtor
2621 Chicago St., Unit B
Valparaiso, IN 46383
Attorney ID#17948-14
Telephone: 219/769-0783
Facsimile: 219/769-0786